■ In the Matter of Donald Stevens, a Child Alleged to be a Permanently Neglected Child. The People of the State of New York ex rel. Jacqueline Stevens, on Behalf of Donald L. Perry, an Infant, Appellant, v. Spence-Chapin Adoption Service, Respondent.— Order and judgment (one paper), Family Court of the State of New York, New York County, entered on January 18, 1972, unanimously affirmed on the opinion of Polier, J., without costs and without disbursements. The stay granted by order of this court entered on October 5, 1972, is vacated. No opinion. Concur — McGivern, J. P., Markewich, Nunez, Lane and Tilzer, JJ.

(Republished)